IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00152-RJC-DSC

| | |
|---|---|
| ANGELINA TOMPKINS, Plaintiff, v. CHARLOTTE-MECKLENBURG SCHOOL SYSTEM, et al., Defendants. | **ORDER** |

**THIS MATTER** is before the Court sua sponte following briefing of "Defendants' Motion to Dismiss Complaint" (document #7). The Court has reviewed the Motion, the parties' briefs and submissions, and the record. Additional briefing is necessary on the issue of Plaintiff's alleged failure to exhaust her administrative remedies, and particularly on the effect of Plaintiff's success on at least a portion of the administrative remedies she pursued.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. On or before September 22, 2016, the parties shall file supplemental briefs on the issue stated above.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 1, 2016

_____
David S. Cayer
United States Magistrate Judge