# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Angelina Tompkins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00152-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Charlotte-Mecklenburg School System | | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion for Judgment as a Matter of Law during trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Oral Order as stated in open Court on 5/7/2019.

May 7, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court